UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00454-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GARY JAMES CONLY,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, January 8, 2007,** and responses to these motions shall be filed by **Tuesday, January 16, 2007.**  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, January 19, 2007, at 11:00 a.m., in courtroom A-1002.**  It is

    FURTHER ORDERED that a 4-day jury trial is set to commence **Monday, January 29, 2007, at 9:00 a.m., in courtroom A-1002.**

Dated: December 1, 2006

            BY THE COURT:

            s/ Wiley Y. Daniel
            Wiley Y. Daniel
            U. S. District Judge