UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No.  06-cr-00454-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GARY JAMES CONLY,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture, filed February 23, 2007 (docket #17).  The Court having read said Motion and being fully advised in the premises finds:

The United States and defendant Gary James Conly entered into a Plea Agreement and Statement of Facts Relevant to Sentencing which provides a factual basis and cause to issue a forfeiture order under Title 18, United States Code, Sections 981(a)(1)(C), 1956(c)(7)(A), and 1961(1), and Title 28, United States Code, Section 2461(c);

THAT prior to the disposition of forfeited property, the United States Marshals Service, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties in accordance with Fed.R.Crim.P. 32.2;

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Gary James Conly's interest in $31,453.40 is forfeited to the United States in accordance with Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Fed.R.Crim.P. 32.2:

THAT the United States Marshals Service, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make your return as provided by law;

THAT the United States Marshals Service, or its designated sub-custodian, shall publish notice of this Preliminary Order of Forfeiture and its intent to dispose of the subject property, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture, in which all interests will be addressed.

Dated: February 26, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge