IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00454-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GARY JAMES CONLY,

    Defendant.

---

## FINAL ORDER OF FORFEITURE AND JUDGMENT

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment, filed June 21, 2007 (docket #33). The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Fed. R. Crim. P. 32.2;

THAT a Preliminary Order of Forfeiture was entered on February 26, 2007;

THAT the United States Marshals Service executed the Preliminary Order of Forfeiture on April 20, 2007, and that publication has been effected as required by Fed. R. Crim. P. 32.2;

THAT it further appears there is cause to issue a forfeiture order under Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section

1

2461(c), and Fed.R.Crim.P. 32.2(c)(2); NOW, THEREFORE, IT IS

ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of $31,453.40 shall enter in favor of the United States, free from the claims of any other party pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Fed.R.Crim.P. 32.2(c)(2).

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated: June 22, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge