# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00454-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GARY JAMES CONLY,

        Defendant.

_____

## ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES
_____

        Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of supervised release, it is

        **ORDERED** that defendant, GARY JAMES CONLY, be allowed to travel to Barcelona, Spain, from April 17, 2008, until April 29, 2008.

        **DATED** at Denver, Colorado, this <u>14th</u> day of March 2008.

        BY THE COURT:

        <u>s/ Wiley Y. Daniel</u>
        Wiley Y. Daniel
        United States District Judge